IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3068 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN R. SORENSEN, | ) | ORDER OF RECUSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because of a possible appearance of impropriety in my handling this case,

IT IS ORDERED that the matter is referred to the Chief Judge Joseph F. Bataillon for reassignment.

Dated March 27, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge