IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS, | ) | |
| | ) | 4:06CV3068 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| STEVEN R. SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the recusal of Senior Judge Warren K. Urbom (Filing No. 8) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf and remains assigned to Magistrate Judge David L. Piester.

DATED this 27th day of March, 2006.

BY THE COURT:

**s/Joseph F. Bataillon**
United States District Judge