IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS, INC., | ) ) ) | 4:06CV3068 |
| Plaintiff, | ) ) | **MEMORANDUM AND ORDER** |
| vs. | ) ) | |
| STEVEN R. SORENSEN, | ) ) | |
| Defendant. | ) | |

Upon the joint oral motion of the parties,

IT IS ORDERED that the hearing on the motion for temporary restraining order (filing 3) is rescheduled to Friday, March 31, 2006, at 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.

March 29, 2006.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge