IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN R. SORENSEN, ) <br> ) <br> Defendant. ) <br> ) | Case No. 4:06CV3068 <br><br> ORDER |

This matter is before the Court on the Plaintiff's Motion for a Temporary Restraining Order and request for Temporary Injunctive relief.

The Court finds that the parties have agreed to arbitrate this dispute before the NASD.

The Court being duly advised in the premises finds that the parties have entered into a Settlement Agreement which in part requires that an NASD Arbitration Panel issue an order that has been agreed to by the parties. The parties are hereby ordered to perform according to the terms of the Settlement Order.

The Court finds that this matter should be and hereby is referred to an NASD arbitration panel for expedited disposition pursuant to NASD Rule 10335 and that the matter should be heard by said panel within fifteen (15) days of the date of this Order.

The Court does not retain jurisdiction and the case is closed.

Dated: March 31, 2006.

IT IS SO ORDERED.

United States District Court Judge
Richard G. Kopf